UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**v.**                                **CRIMINAL ACTION NO. 1:09-CR-34-M**

**SHEDRICK JOHNSON**                                            **DEFENDANT**

### MEMORANDUM AND ORDER

This matter is before the Court on Defendant Shedrick Johnson's *pro se* motion for a copy of his sentencing transcript (DN 30). Prior to filing the present motion for a copy of the transcript of his sentencing hearing, Defendant submitted a letter to the Court about this matter (DN 28). The Court forwarded his letter to the court reporter and directed Defendant, if he desired to seek a copy of the transcript at no cost, to file a motion (DN 29). Since Defendant has now filed a motion with the Court seeking a copy of the transcript, the Court construes his request to be for a copy of the transcript at no cost to him. Defendant Johnson asserts that he needs the transcript "because they are charging me for my restitution plus I have paid my court cost fee." He contends that the transcript will show prison officials that he does not need to pay restitution while he is incarcerated.

Under 28 U.S.C. § 753(f), a court reporter may charge and collect fees for transcripts.

> Fees for transcripts furnished in criminal proceedings to persons proceeding under the Criminal Justice Act (18 U.S.C. 3006A), or in habeas corpus proceedings to persons allowed to sue, defend, or appeal in forma pauperis, shall be paid by the United States out of moneys appropriated for those purposes. Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal. Fees for transcripts furnished in other proceedings

> to persons permitted to appeal in forma pauperis shall also be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question).  The reporter may require any party requesting a transcript to prepay the estimated fee in advance except as to transcripts that are to be paid for by the United States.

28 U.S.C. § 753(f).  Defendant's request for a copy of his sentencing transcript in order to provide information to prison officials is not a situation in which the Defendant is entitled to a copy of the transcript without cost.  This situation does not involve a proceeding under the Criminal Justice Act, a habeas corpus proceeding, a section 2255 proceeding, or an appeal in which Defendant has been granted *in forma pauperis* status.

Accordingly, **IT IS ORDERED** that the motion for a copy of the sentencing transcript without cost (DN 30) is **DENIED**.

The Court notes that nothing in this Memorandum and Order would preclude Defendant from obtaining a copy of the transcript from the court reporter after paying the appropriate fee. **IT IS FURTHER ORDERED** that the Clerk, **with this Memorandum and Order, provide Defendant a copy of the Order of Restitution (DN 24) and the Judgment ( DN 26)** in this case which set forth the Court's instructions regarding payment of Defendant's restitution.

Date:   June 15, 2012

*[signature: Joseph H. McKinley]*

Joseph H. McKinley, Jr., Chief Judge
United States District Court

cc:     Defendant, *pro se*
        U.S. Attorney
4414.003